In the Matter of ANDREW WILLIAM V. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHANTAL JEAN G., Appellant. (And Another Proceeding.)

Submitted December 12, 2011; decided February 9, 2012

Reported below, 2011 NY Slip Op 63243(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 947 (2011)].

DANIELLE BITON, Appellant, et al., Plaintiff, v ALOFT CORPORATE TRAVEL, INC., et al., Respondents.

Submitted November 7, 2011; decided February 9, 2012

Reported below, 2008 NY Slip Op 79906(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 844 (2011)].

DANIELLE BITON et al., Appellants, v AMEENA MEER et al., Respondents.

Submitted November 7, 2011; decided February 9, 2012

Reported below, 2010 NY Slip Op 60102(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 845 (2011)].

CRYSTAL BITON, Also Known as SAPHYRE REDFORD, et al., Appellants, v STATE FARM INSURANCE COMPANY et al., Respondents.

Submitted November 7, 2011; decided February 9, 2012

Reported below, 2008 NY Slip Op 88892(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 845 (2011)].